■ THOM PEDERSEN et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Defendant, and TOWN OF SMITHTOWN, Respondent.— Appeal by plaintiffs, as limited by their notice of appeal and their brief, from so much of a judgment of the Supreme Court, Suffolk County, dated September 10, 1968, as is in favor of defendant Town of Smithtown upon a jury verdict. Judgment affirmed insofar as appealed from, with costs. In our opinion the charge of the trial court, considered in its full context, was proper. Appellants' remaining point has been considered and found to be without merit. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES J. FITZPATRICK, Appellant.— Judgment of the County Court, Nassau County, rendered January 22, 1969, modified, on the law, by striking therefrom the condition attached to the sentence of unconditional discharge. As so modified, judgment affirmed. The findings of fact below are affirmed. A sentence of discharge must be either conditional or unconditional; it may not, in our opinion, be both at the same time (cf. Penal Law, §§ 65.05, 65.20). Beldock, P. J., Christ, Munder, Martuscello and Kleinfeld, JJ., concur.